Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

E-FILED 7/18/14

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FOREIGN EXCHANGE, INC.; *et al.*, <br><br> Defendants. | Case No.: CV13-6280 PSG (Ex) <br> *Honorable Philip S. Gutierrez Presiding* <br><br> **[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION** |

<s>[PROPOSED]</s> ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. Plaintiff's claims as set forth in this action are hereby dismissed *with prejudice*;
2. This dismissal is subject to and predicated upon the settlement agreements that gave rise to this dismissal;
3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and
4. The Court will retain jurisdiction to enforce the terms of the settlement agreements entered into in this matter.

SO ORDERED.

Date: 7/18/14

By: PHILIP S. GUTIERREZ
HON. PHILIP S. GUTIERREZ